UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL HANCHARIK,<br>   Plaintiff,<br><br>-v-<br><br>LRA CORPORATION, and<br>LARRY RAYBIN,<br>   Defendants.<br>_____ | No. 1:12-cv-810<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendants LRA Corporation and Larry Raybin's motion to dismiss under FED. R. CIV. P. 12(b)(6) (ECF No. 19) and having dismissed all the claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  November 6, 2013        /s/ Paul L. Maloney
                     Paul L. Maloney
                     Chief United States District Judge